

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00473-CV

**TEXAS DEPARTMENT OF INSURANCE—DIVISION OF WORKERS'
COMPENSATION AND COMMISSIONER RYAN BRANNAN**, in his official capacity,
Appellants

v.

David **BRUMFIELD**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07374
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file a reply brief is GRANTED. Appellants'
reply brief is due on January 8, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 8th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court